The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC JEFFREY HOGAN,<br><br>Defendant. | NO.  CR21-021 RSM<br><br>ORDER CONTINUING TRIAL |

THIS COURT has considered the facts and circumstances contained in the parties' Stipulated Motion to Continue Trial.  Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the parties' Motion is GRANTED.

THE COURT finds that a failure to grant an extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).  THE COURT also finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii). THE COURT also finds that the ends of justice will be served by

ORDER CONTINUING TRIAL
*U.S. v. Hogan,* CR21-021 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interest of the public and the defendants in a speedy trial.

Accordingly, THE COURT ORDERS that the trial date be continued to October 18, 2021 and the deadline for pretrial motions to September 3, 2021, and that the period of time from the date of this Order until the new trial date of October 18, 2021, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 22nd day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney

ORDER CONTINUING TRIAL
*U.S. v. Hogan,* CR21-021 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970