THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )   No.  CR 21-0021-RSM
                                    )
                    Plaintiff,      )
                                    )
            v.                      )   ORDER GRANTING STIPULATED
                                    )   MOTION TO CONTINUE TRIAL AND
                                    )   PRETRIAL MOTIONS DEADLINE
ERIC HOGAN,                         )
                                    )
                    Defendant.      )
_____)

THE COURT has considered the stipulated motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(b) the additional time requested is a reasonable period of delay;

(c) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(d) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    IT IS THEREFORE ORDERED that the trial date in this matter shall be

2  continued to December 13, 2021, and that pretrial motions shall be filed no later than

3  November 5, 2021.

4    DONE this 14th day of October 2021.

5

6  _____
   RICARDO S. MARTINEZ
7  CHIEF UNITED STATES DISTRICT
   JUDGE
8

9

10

11  Presented by:

12  s/  *Jennifer E. Wellman*
   Assistant Federal Public Defender
13  Attorney for Eric Hogan

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(US v. Eric Hogan; CR21-21RSM)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**